Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Central District of California

Southern Division

F I L E D
CLERK, U.S. DISTRICT COURT
1/25/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

Eun Jung Lim

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See attachment #1

*Defendant(s)*
(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)

Case No. SACV22-137-SB(AS)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Eun Jung Lim
  Address: 17192 Murphy Ave #17723
  City: Irvine    State: ca    Zip Code: 92623
  County: Orange County
  Telephone Number: 949-229-0302
  E-Mail Address: invokemyright@protonmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: IRVINE CITY
  Job or Title (if known):
  Address: ONE CIVIC CENTER PLAZA
  City: Irvine    State: CA    Zip Code: 92623
  County: Orange
  Telephone Number:
  E-Mail Address (if known):
  ☐ Individual capacity   ☐ Official capacity

  Defendant No. 2
  Name: see attachment #2
  Job or Title (if known):
  Address:
  City:    State:    Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):
  ☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  *City*  *State*  *Zip Code*
  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity  ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  *City*  *State*  *Zip Code*
  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Fourteenth Amendment lack of due process, equal protection, Wrongful prosecution. racial discrmination

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
See attached #3

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
HOAG MEMORIAL HOSPITAL PRESBYTERIAN 16200 Sand Canyon Avenue, Irvine, CA 92618

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
In around January 25, 2020 11:00pm-1am

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Hosptial surveillance video clearly and irrefutably exhonerates me of the false allegations made against me by a security guard named Herbert Conrad allegations against me of assault and battery.

Michele Hinig, former Irvine Police Detective, knowingly made false statement in a crime report that lead to malcious prosecution against me.

Orange County DA maliciously prosecuted the case even after in my defense wrote letters and talked to investigators in DA's office to view the Hosptial surveillance video which is exculpatory evidence.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of employment;
Misery, pain and suffering as a result of loss of employment;
Harm to Plaintiff's reputation;
Death of family member occasioned by Defendants' actions;
Mental anguish and emotional distress; and
Medical expenses incurred in seeking psychiatric help

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Grant judgment in favor of Plaintiff;
Issue a declaration that Defendants violated Plaintiff's Fourteenth Amendment rights;
Award Plaintiff special damages for medical expenses incurred in seeking psychiatric help in the sum of $50,000;
Award Plaintiff damages for violation of her Fourteenth Amendment Rights in the sum of $50 MIL;
Award Plaintiff punitive damages;
Award Plaintiff pre and post judgment interests, costs of this suit, and attorney fees as allowed by law;
Award Plaintiff such equitable relief as this Court deems necessary under the circumstances; and
Award Plaintiff such further relief as this Court deems fit and proper.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 25 Jan 2022

Signature of Plaintiff: *Eun Jung Lim*

Printed Name of Plaintiff: Eun Jung Lim

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City          State          Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Southern Division

Eun Jung Lim v. Irvine City, et al.

ATTACHMENT #1 TO Complaint

**IRVINE CITY, Michael Hamel, Michael Mcnall, Rene Nutter, Sean Paul Crawford, Eric Steele, Michele Hinig, James Moore, William Russell, Herbert Conrad, Orange County District Attorney, Jerry Poole, Misty Daniels, Todd Spitzer, Dustin Rice, Taylor Krone, Allison Taylor Targoff, Gaganjot Batth**

ATTACHMENT #2 TO Complaint

**B. The Defendant(s)**

Michael Hamel
Former Irvine Police Chief
Unknown
Individual capacity

Sean Paul Crawford Badge #363
Sergeant - Detective
1 Civic Center Plaza Irvine CA 92606-5207
Orange County
949-724-7156
Individual capacity

Michele Hinig #470 (former)
Detective (former)
unknown
Individual capacity

Rene Nutter Badge #635
Police Officer
1 Civic Center Plaza Irvine CA 92606-5207
Orange County
949-724-7156
Individual capacity

Michael Mcnall Badge #580
Police Officer
1 Civic Center Plaza Irvine CA 92606-5207
Orange County
949-724-7156
Individual capacity

Eric Steele Badge #544
Police Officer
1 Civic Center Plaza Irvine CA 92606-5207
Orange County
949-724-7156
Individual capacity

James Moore Badge #480
Police Officer
1 Civic Center Plaza Irvine CA 92606-5207
Orange County
949-724-7156
Individual capacity

William Russell Badge #227
Sergeant
1 Civic Center Plaza Irvine CA 92606-5207
Orange County
949-724-7156
Individual capacity

Herbert Conrad
Security Officer Hoag
Unknown
Individual capacity

Jerry Poole
Assistant Investigator for DA in 2020
Unknown
Individual capacity

Misty Daniels
Lead Investigator for DA in 2020
Unknown
714-441-3585
Individual capacity

Todd Spitzer
District Attorney
300 N. Flower Street Santa Ana, California 92703
Individual capacity
714-834-3600

Dustin Rice
Deputy District Attorney
300 N. Flower Street Santa Ana, California 92703
Individual capacity
714-834-3600

Taylor Krone
Deputy District Attorney
300 N. Flower Street Santa Ana, California 92703
Individual capacity
714-834-3600

Allison Taylor Targoff
Deputy District Attorney
300 N. Flower Street Santa Ana, California 92703
Individual capacity
714-834-3600

Gaganjot Batth
300 N. Flowers Street Santa Ana, California 92703
Deputy District Attorney
Individual capacity
714-834-3600

ATTACHMENT #3 TO Complaint

**II. Basis for Jurisdiction**

**D.**

Defendants were under lawful authority to make a crime report. In doing so, they were required to make true and correct statements. While analyzing the color of law requirement under § 1983, the court in *Paeste v. Government of Guam*, 798 F.3d 1228 (2015) held that, "The relevant inquiry focuses not on whose law is being implemented, but rather on whether the authority of the state was exerted in enforcing the law." The authority of Defendants is provided for under California Penal Code § 830.1. Therefore, they were acting under the color of state law. Instead of making true and correct statements in regard to Plaintiff's alleged assault incident, Defendants made false statements amounting to perjury. The false statements were made in a crime report which was to be presented before a court of competent jurisdiction. The effect that the false statements had was the denial of Plaintiff's due process rights under the Fourteenth Amendment.