UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | SA CV22-00137-SB (AS) | Date | March 31, 2023 |
|---|---|---|---|
| Title | *Eun Jung Lim v. Irvine City et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants |
| N/A | | N/A |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On December 9, 2022, the Court issued an Order dismissing Plaintiff's Second Amended Complaint with leave to amend. (Dkt. No. 17). Plaintiff was directed to file a Third Amended Complaint within thirty days of the Court's Order. (Id. at 25). Plaintiff was "explicitly cautioned that failure to timely file a Third Amended Complaint, or failure to correct the deficiencies described [in the Order], may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." (Id. at 26). On December 29, 2022, the Court granted in part Plaintiff's request for an extension of time, and directed her to file her Third Amended Complaint by no later than February 27, 2023.[1] (Dkt. No. 21). The Court cautioned Plaintiff that "[n]o further extensions will be granted absent extraordinary circumstances." (Id.). On February 28, 2023, the Court issued an Order to Show Case, no later than March 14, 2023, why this action should not be dismissed with prejudice for failure to prosecute. (Dkt. No. 31).

To date, Plaintiff has failed to file a Third Amended Complaint, seek another extension of time to do so, or otherwise communicate with the Court regarding her failure to file a Third Amended Complaint and prosecute this action. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than April 14, 2023**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Third Amended Complaint that complies with the Court's December 9, 2022 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Third Amended Complaint.

---

[1] The original order contained a typographical error and listed the date as February 27, 2022.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV22-00137-SB (AS) | Date | March 31, 2023 |
|---|---|---|---|
| Title | *Eun Jung Lim v. Irvine City et al.* | | |

    If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.  <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.</u>

    **IT IS SO ORDERED.**

cc:    Stanley Blumenfeld
       United States District Judge