JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUN JUNG LIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF IRVINE AND IRVINE POLICE DEPARTMENT, et. al.,<br><br>　　　　Defendants. | Case No. 8:22-CV-00137-SB-AS<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

Dated: July 7, 2023

　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge